KAYE, ROSE & PARTNERS, LLP
Lawrence W. Kaye (SBN 86218)
Carolyn J. Kaye (SBN 118521)
402 West Broadway, Suite 1300
San Diego, California 92101-3542
Tel:  (619) 232-6555
Fax:  (619) 232-6577

Attorneys for Defendant
PRINCESS CRUISE LINES, LTD.

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JOHN MARCURE and NIKKI UPCHURCH,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD. dba PRINCESS CRUISES; GP3, LTD.<br><br>    Defendants. | Case No. CV 07-1865 ODW (VBKx)<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL**<br><br>JUDGE:   Hon. Otis W. Wright II<br>DEPT.:   850<br><br>Complaint Filed:   March 21, 2007<br>Trial Date:   Not set |

## **ORDER**

The parties having mutually agreed to a settlement of this matter and having entered into the Stipulation for dismissal of the case, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case be and hereby is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated: February 12, 2008     _____

United States District Court Judge

---

[C:\temp\notesE1EF34\OrderReDismissal001.wpd]      -1-      Case No. CV07-1865RGK(VBKx)
[Proposed]  Order Re: Dismissal